**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**MIDDLE DISTRICT OF FLORIDA**

Case number (if known): ____________ Chapter 7

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

**1. Debtor's name** — **Prospect Concrete Recycling, Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — 81-4282122

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11983 N. Tamiami Trail, Suite 113 (Number Street) | (Number Street) |
| | (P.O. Box) |
| Naples (City) FL (State) 34110 (ZIP Code) | (City) (State) (ZIP Code) |
| Collier County (County) | **Location of principal assets, if different from principal place of business** |
| | (Number Street) |
| | (City) (State) (ZIP Code) |

**5. Debtor's website (URL)**

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: ____________

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ____________

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ____________

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District ____________ When ____________ MM / DD / YYYY Case number ____________

District ____________ When ____________ MM / DD / YYYY Case number ____________

District ____________ When ____________ MM / DD / YYYY Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor ____________ Relationship ____________

District ____________ When ____________ MM / DD / YYYY

Case number, if known ____________

Debtor ____________ Relationship ____________

District ____________ When ____________ MM / DD / YYYY

Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ____________

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ____________

**Where is the property?** ____________
Number Street
____________
City State ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ____________
  Contact name ____________
  Phone ____________

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ____________

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________
MM / DD / YYYY

X **/s/ Steven E. Tracy**
Signature of authorized representative of debtor

**Steven E. Tracy**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ Richard J. Hollander** Date ____________
Signature of attorney for debtor MM / DD / YYYY

**Richard J. Hollander**
Printed name

**Miller, Hollander & Jeda**
Firm name

**5278 Golden Gate Pkwy**
Number Street

**Suite 2**

**Naples** **FL** **34116**
City State ZIP Code

**(239) 775-2000** **millerandhollander@comcast.net**
Contact phone Email address

**884900**
Bar number State

**Fill in this information to identify the case**

Debtor name **Prospect Concrete Recycling, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** ______

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Checking account (Wells Fargo #2548)** | **Checking account** | **2 5 4 8** | **$145.22** |

4. **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$145.22**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ______
Name

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. **$0.00**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | – | $0.00 | = ............. ➔ | $0.00 |
| 11b. Over 90 days old: | $12,763.80 | – | $0.00 | = ............. ➔ | $12,763.80 |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$12,763.80**

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value** **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. **$0.00**

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ____________
Name

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | MM/DD/YYYY | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. **$0.00**

**24. Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value ____________ Valuation method ____________ Current value ____________

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops--either planted or harvested** | | | |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value ____________ Valuation method ____________ Current value ____________

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ________
Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. **$0.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ______
Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known)
Name

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**Counterclaim for Breach of Contract and Conversion:**
**Quality Enterprises USA, Inc. vs. Prospect Concrete Recycling, Inc. 22-CA-000643** — **Unknown**

**Nature of claim** Counterclaim
**Amount requested**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ____________
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$145.22** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$12,763.80** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➔ | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column. | 91a. **$12,909.02** | + 91b. **$0.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .......... **$12,909.02**

**Scanned Document #1**

4:36 PM
03/22/23

# Prospect Concrete Recycling Inc.
## Open Invoices
### As of March 22, 2023

| Type | Date | Num | Name Phone # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **All In Pavers, LLC.** | | | | | | | |
| Payment | 12/19/2020 | 1034 | 239-281-5308 | | | | -35.00 |
| Total All In Pavers, LLC. | | | | | | | -35.00 |
| **Apex Site & Demolition** | | | | | | | |
| Invoice | 05/17/2019 | 1519 | 239.253.0591 | Net 15 | 06/01/2019 | 1390 | 665.00 |
| Invoice | 05/31/2019 | 1545 | 239.253.0591 | Net 15 | 06/15/2019 | 1376 | 1,000.00 |
| Invoice | 06/01/2019 | 1559 | 239.253.0591 | Net 15 | 06/16/2019 | 1375 | 400.00 |
| Invoice | 06/08/2019 | 1567 | 239.253.0591 | Net 15 | 06/23/2019 | 1368 | 300.00 |
| Invoice | 06/15/2019 | 1575 | 239.253.0591 | Net 15 | 06/30/2019 | 1361 | 650.00 |
| Invoice | 06/19/2019 | 1594 | 239.253.0591 | Net 15 | 07/04/2019 | 1357 | 100.00 |
| Invoice | 07/01/2019 | 1611 | 239.253.0591 | Net 15 | 07/16/2019 | 1345 | 200.00 |
| Invoice | 07/08/2019 | 1632 | 239.253.0591 | Net 15 | 07/23/2019 | 1338 | 200.00 |
| Invoice | 07/11/2019 | 1645 | 239.253.0591 | Net 15 | 07/26/2019 | 1335 | 300.00 |
| Invoice | 07/18/2019 | 1658 | 239.253.0591 | Net 15 | 08/02/2019 | 1328 | 600.00 |
| Invoice | 07/29/2019 | 1667 | 239.253.0591 | Net 15 | 08/13/2019 | 1317 | 300.00 |
| Invoice | 08/07/2019 | 1684 | 239.253.0591 | Net 15 | 08/22/2019 | 1308 | 100.00 |
| Invoice | 08/24/2019 | 1723 | 239.253.0591 | Net 15 | 09/08/2019 | 1291 | 600.00 |
| Invoice | 08/29/2019 | 1738 | 239.253.0591 | Net 15 | 09/13/2019 | 1286 | 400.00 |
| Invoice | 09/21/2019 | 1780 | 239.253.0591 | Net 15 | 10/06/2019 | 1263 | 400.00 |
| Invoice | 10/01/2019 | 1794 | 239.253.0591 | Net 15 | 10/16/2019 | 1253 | 200.00 |
| Invoice | 10/07/2019 | 1803 | 239.253.0591 | Net 15 | 10/22/2019 | 1247 | 100.00 |
| Invoice | 01/11/2022 | 3370 | 239.253.0591 | Net 15 | 01/26/2022 | 420 | 12.00 |
| Total Apex Site & Demolition | | | | | | | 6,527.00 |
| **Cougar Companies** | | | | | | | |
| Invoice | 02/03/2022 | 3411 | 239-565-7752 | Net 15 | 02/18/2022 | 397 | 450.00 |
| Total Cougar Companies | | | | | | | 450.00 |
| **Duane Thomas Marine Const** | | | | | | | |
| Payment | 07/06/2018 | 26601 | | | | | -200.00 |
| Invoice | 09/16/2019 | 1765 | | Due on re... | 09/16/2019 | 1283 | 1,300.00 |
| Invoice | 10/07/2019 | 1806 | | Due on re... | 10/07/2019 | 1262 | 300.00 |
| Invoice | 10/21/2019 | 1838 | | Due on re... | 10/21/2019 | 1248 | 100.00 |
| Invoice | 10/29/2019 | 1858 | | Due on re... | 10/29/2019 | 1240 | 1,200.00 |
| Invoice | 10/31/2019 | 1875 | | Due on re... | 10/31/2019 | 1238 | 400.00 |
| Invoice | 11/13/2019 | 1887 | | Due on re... | 11/13/2019 | 1225 | 200.00 |
| Invoice | 11/16/2019 | 1897 | | Due on re... | 11/16/2019 | 1222 | 100.00 |
| Invoice | 11/20/2019 | 1899 | | Due on re... | 11/20/2019 | 1218 | 100.00 |
| Invoice | 12/05/2019 | 1917 | | Due on re... | 12/05/2019 | 1203 | 100.00 |
| Invoice | 12/07/2019 | 1941 | | Due on re... | 12/07/2019 | 1201 | 100.00 |
| Invoice | 02/27/2020 | 2046 | | Due on re... | 02/27/2020 | 1119 | 200.00 |
| Total Duane Thomas Marine Const | | | | | | | 3,900.00 |

**Scanned Document #1**

4:36 PM
03/22/23

## Prospect Concrete Recycling Inc.
## Open Invoices
### As of March 22, 2023

| Type | Date | Num | Name Phone # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Eagle Hauling Services LLC** | | | | | | | |
| Payment | 09/05/2019 | 9225 | 239-598-0013 | | | | -500.00 |
| Invoice | 03/22/2022 | 3534 | 239-598-0013 | Net 15 | 04/06/2022 | 350 | 50.00 |
| Total Eagle Hauling Services LLC | | | | | | | -450.00 |
| **Everdean Construction, George Everdean** | | | | | | | |
| Invoice | 12/21/2021 | 3298 | | Net 15 | 01/05/2022 | 441 | 385.00 |
| Invoice | 12/23/2021 | 3302 | | Net 15 | 01/07/2022 | 439 | 140.00 |
| Total Everdean Construction, George Everdean | | | | | | | 525.00 |
| **Gulf Coast Dumpster Services, LLC** | | | | | | | |
| Invoice | 04/30/2022 | 3668 | 239-437-2028 | Net 15 | 05/15/2022 | 311 | 100.00 |
| Total Gulf Coast Dumpster Services, LLC | | | | | | | 100.00 |
| **Gulf Shore Site Developement, Inc.** | | | | | | | |
| Payment | 05/14/2020 | 16675 | 239.776.5617 | | | | -600.00 |
| Payment | 10/22/2020 | 16714 | 239.776.5617 | | | | -160.00 |
| Invoice | 03/04/2021 | 2684 | 239.776.5617 | Net 15 | 03/19/2021 | 733 | 200.00 |
| Invoice | 03/09/2021 | 2688 | 239.776.5617 | Net 15 | 03/24/2021 | 728 | 150.00 |
| Invoice | 12/23/2021 | 3303 | 239.776.5617 | Net 15 | 01/07/2022 | 439 | 200.00 |
| Total Gulf Shore Site Developement, Inc. | | | | | | | -210.00 |
| **Honc Destruction** | | | | | | | |
| Invoice | 02/03/2022 | 3418 | 239.772.2378 ... | Net 15 | 02/18/2022 | 397 | 350.00 |
| Invoice | 02/12/2022 | 3433 | 239.772.2378 ... | Net 15 | 02/27/2022 | 388 | 50.00 |
| Invoice | 02/17/2022 | 3447 | 239.772.2378 ... | Net 15 | 03/04/2022 | 383 | 200.00 |
| Invoice | 04/21/2022 | 3631 | 239.772.2378 ... | Net 15 | 05/06/2022 | 320 | 100.00 |
| Total Honc Destruction | | | | | | | 700.00 |
| **JVI Waste Services** | | | | | | | |
| Payment | 09/27/2018 | 1473 | 239.691.4124 | | | | -50.00 |
| Total JVI Waste Services | | | | | | | -50.00 |
| **Mike Atwood Excavating** | | | | | | | |
| Payment | 03/16/2018 | 4016 | 386.689.9933 | | | | -35.00 |
| Total Mike Atwood Excavating | | | | | | | -35.00 |

**Scanned Document #1**

4:36 PM
03/22/23

## Prospect Concrete Recycling Inc.
## Open Invoices
### As of March 22, 2023

| Type | Date | Num | Name Phone # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Naples Disposal, LLC.** | | | | | | | |
| Payment | 02/22/2022 | 7782 | 239-631-8413 | | | | -50.00 |
| Payment | 03/01/2022 | 7819 | 239-631-8413 | | | | -100.00 |
| Payment | 04/26/2022 | 8025 | 239-631-8413 | | | | -825.00 |
| Invoice | 01/10/2022 | 3339 | 239-631-8413 | Net 15 | 01/25/2022 | 421 | 775.00 |
| Invoice | 01/20/2022 | 3376 | 239-631-8413 | Net 15 | 02/04/2022 | 411 | 50.00 |
| Invoice | 03/10/2022 | 3516 | 239-631-8413 | Net 15 | 03/25/2022 | 362 | 100.00 |
| Invoice | 04/23/2022 | 3645 | 239-631-8413 | Net 15 | 05/08/2022 | 318 | 50.00 |
| Total Naples Disposal, LLC. | | | | | | | 0.00 |
| **Naples Excavating, LLC.** | | | | | | | |
| Payment | 10/17/2020 | 4707 | 239-631-8413 | | | | -50.00 |
| Payment | 01/09/2021 | 4970 | 239-631-8413 | | | | -246.10 |
| Payment | 02/26/2022 | 5623 | 239-631-8413 | | | | -1,900.00 |
| Payment | 03/01/2022 | 5658 | 239-631-8413 | | | | -435.00 |
| Payment | 04/19/2022 | 5811 | 239-631-8413 | | | | -1,550.00 |
| Invoice | 01/13/2022 | 3353 | 239-631-8413 | Net 15 | 01/28/2022 | 418 | 15.00 |
| Invoice | 03/22/2022 | 3539 | 239-631-8413 | Net 15 | 04/06/2022 | 350 | 80.00 |
| Invoice | 03/24/2022 | 3557 | 239-631-8413 | Net 15 | 04/08/2022 | 348 | 1,470.00 |
| Total Naples Excavating, LLC. | | | | | | | -2,616.10 |
| **Professional Disposal, Inc.** | | | | | | | |
| Invoice | 02/03/2022 | 3421 | 239.354.1977 | Net 30 | 03/05/2022 | 382 | 150.00 |
| Invoice | 02/09/2022 | 3402 | 239.354.1977 | Net 30 | 03/11/2022 | 376 | 50.00 |
| Invoice | 02/12/2022 | 3437 | 239.354.1977 | Net 30 | 03/14/2022 | 373 | 50.00 |
| Invoice | 02/17/2022 | 3453 | 239.354.1977 | Net 30 | 03/19/2022 | 368 | 50.00 |
| Invoice | 02/26/2022 | 3468 | 239.354.1977 | Net 30 | 03/28/2022 | 359 | 100.00 |
| Invoice | 03/05/2022 | 3502 | 239.354.1977 | Net 30 | 04/04/2022 | 352 | 50.00 |
| Invoice | 03/10/2022 | 3520 | 239.354.1977 | Net 30 | 04/09/2022 | 347 | 100.00 |
| Invoice | 03/22/2022 | 3541 | 239.354.1977 | Net 30 | 04/21/2022 | 335 | 100.00 |
| Invoice | 03/24/2022 | 3558 | 239.354.1977 | Net 30 | 04/23/2022 | 333 | 50.00 |
| Invoice | 03/31/2022 | 3571 | 239.354.1977 | Net 30 | 04/30/2022 | 326 | 50.00 |
| Invoice | 04/02/2022 | 3584 | 239.354.1977 | Net 30 | 05/02/2022 | 324 | 100.00 |
| Invoice | 04/19/2022 | 3622 | 239.354.1977 | Net 30 | 05/19/2022 | 307 | 50.00 |
| Invoice | 04/23/2022 | 3648 | 239.354.1977 | Net 30 | 05/23/2022 | 303 | 50.00 |
| Invoice | 04/30/2022 | 3676 | 239.354.1977 | Net 30 | 05/30/2022 | 296 | 150.00 |
| Total Professional Disposal, Inc. | | | | | | | 1,100.00 |
| **R.L. Russell Excavating Inc** | | | | | | | |
| Payment | 10/08/2020 | 5524 | | | | | -50.00 |
| Total R.L. Russell Excavating Inc | | | | | | | -50.00 |

## Scanned Document #1

4:36 PM
03/22/23

# Prospect Concrete Recycling Inc.
## Open Invoices
### As of March 22, 2023

| Type | Date | Num | Name Phone # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Reliable Disposal & Recycling, Inc.** | | | | | | | |
| Invoice | 11/04/2021 | 3132 | 239.992.4000 | Net 15 | 11/19/2021 | 488 | 100.00 |
| Invoice | 11/08/2021 | 3146 | 239.992.4000 | Net 15 | 11/23/2021 | 484 | 350.00 |
| Invoice | 11/09/2021 | 3155 | 239.992.4000 | Net 15 | 11/24/2021 | 483 | 350.00 |
| Invoice | 11/16/2021 | 3169 | 239.992.4000 | Net 15 | 12/01/2021 | 476 | 350.00 |
| Invoice | 11/20/2021 | 3184 | 239.992.4000 | Net 15 | 12/05/2021 | 472 | 300.00 |
| Invoice | 11/23/2021 | 3192 | 239.992.4000 | Net 15 | 12/08/2021 | 469 | 50.00 |
| Total Reliable Disposal & Recycling, Inc. | | | | | | | 1,500.00 |
| **Robert W. Kettelle** | | | | | | | |
| Invoice | 08/25/2020 | 2413 | | Due on re... | 08/25/2020 | 939 | 105.00 |
| Total Robert W. Kettelle | | | | | | | 105.00 |
| **Roofing Restoration Services of America** | | | | | | | |
| Invoice | 08/19/2021 | 2961 | 941.315.2694 | Net 15 | 09/03/2021 | 565 | 100.00 |
| Total Roofing Restoration Services of America | | | | | | | 100.00 |
| **Saldana Roofing Inc** | | | | | | | |
| Invoice | 06/29/2021 | 2857 | 239.777.0120 | Net 15 | 07/14/2021 | 616 | 70.00 |
| Invoice | 08/19/2021 | 2962 | 239.777.0120 | Net 15 | 09/03/2021 | 565 | 50.00 |
| Invoice | 12/14/2021 | 3258 | 239.777.0120 | Net 15 | 12/29/2021 | 448 | 35.00 |
| Invoice | 04/30/2022 | 3678 | 239.777.0120 | Net 15 | 05/15/2022 | 311 | 35.00 |
| Total Saldana Roofing Inc | | | | | | | 190.00 |
| **Scarab Construction** | | | | | | | |
| Invoice | 12/09/2019 | 1943 | | Net 15 | 12/24/2019 | 1184 | 100.00 |
| Total Scarab Construction | | | | | | | 100.00 |
| **Southwest Disposal & Clean-up Inc** | | | | | | | |
| Invoice | 01/04/2022 | 3320 | 239.939.5050 | Net 15 | 01/19/2022 | 427 | 600.00 |
| Invoice | 03/22/2022 | 3547 | 239.939.5050 | Net 15 | 04/06/2022 | 350 | 600.00 |
| Total Southwest Disposal & Clean-up Inc | | | | | | | 1,200.00 |
| **Supreme Recycling, LLC** | | | | | | | |
| Payment | 10/27/2019 | 1643 | | | | | -70.00 |
| Total Supreme Recycling, LLC | | | | | | | -70.00 |
| **SW Waste Services/Go Pro Disposal** | | | | | | | |
| Invoice | 02/17/2022 | 3457 | | Net 15 | 03/04/2022 | 383 | 500.00 |
| Invoice | 04/19/2022 | 3625 | | Net 15 | 05/04/2022 | 322 | 200.00 |
| Total SW Waste Services/Go Pro Disposal | | | | | | | 700.00 |

**Scanned Document #1**

4:36 PM
03/22/23

# Prospect Concrete Recycling Inc.
## Open Invoices
### As of March 22, 2023

| Type | Date | Num | Name Phone # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Terra South Environmental, LLC** | | | | | | | |
| Payment | 10/14/2019 | 6895 | 863.965.0883 | | | | -1,250.00 |
| Total Terra South Environmental, LLC | | | | | | | -1,250.00 |
| **Titan America** | | | | | | | |
| Invoice | 04/30/2022 | 3579 | | Net 15 | 05/15/2022 | 311 | 450.00 |
| Total Titan America | | | | | | | 450.00 |
| **Trash On The Go, LLC** | | | | | | | |
| Payment | 09/10/2020 | 68392... | 239.284.7041 | | | | -120.00 |
| Payment | 01/09/2021 | 69912... | 239.284.7041 | | | | -32.10 |
| Total Trash On The Go, LLC | | | | | | | -152.10 |
| **USA Waste LLC.** | | | | | | | |
| Invoice | 07/08/2019 | 1631 | 239.913.9623 | Net 15 | 07/23/2019 | 1338 | 35.00 |
| Total USA Waste LLC. | | | | | | | 35.00 |
| **TOTAL** | | | | | | | **12,763.80** |

**Fill in this information to identify the case:**

Debtor name **Prospect Concrete Recycling, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name** ______

**Creditor's mailing address** ______

**Creditor's email address, if known** ______

**Date debt was incurred** ______

**Last 4 digits of account number** ____ ____ ____ ____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien** ______

**Describe the lien** ______

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$0.00**

**Fill in this information to identify the case:**

Debtor **Prospect Concrete Recycling, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1 Priority creditor's name and mailing address** | | |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( ___ )

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**Quality Enterprises USA, Inc.**
**c/o Kimberly D. Swanson, Esq.**
**Cheffy Passidomo, P.A.**
**821 Fifth Avenue South**
**Naples FL 34102**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 6 4 3

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

**3.2** **Nonpriority creditor's name and mailing address**

**Quality Enterprises USA, Inc.**
**3494 Shearwater Street**
**Naples FL 34117**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 6 4 3

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

**3.3** **Nonpriority creditor's name and mailing address**

**Quality Enterprises USA, Inc.**
**attn: Howard J. Murrell, Jr., President**
**3494 Shearwater Street**
**Naples FL 34117**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 6 4 3

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known)

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$0.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$0.00** |

**Fill in this information to identify the case:**

Debtor name **Prospect Concrete Recycling, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) ______ Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name **Prospect Concrete Recycling, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Prospect Concrete Recycling, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): ____________________

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | **$0.00** |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | **$12,909.02** |
| 1c. **Total of all property** Copy line 92 from Schedule A/B | **$12,909.02** |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | **$0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | **$0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | **+ $0.00** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | **$0.00** |

**Fill in this information to identify the case and this filing:**

Debtor Name **Prospect Concrete Recycling, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) ____________

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________
MM / DD / YYYY

X **/s/ Steven E. Tracy**
Signature of individual signing on behalf of debtor

**Steven E. Tracy**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Prospect Concrete Recycling, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2023** (MM / DD / YYYY) | to Filing date | ☑ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:** | From **01/01/2022** (MM / DD / YYYY) | to **12/31/2022** (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | **$205,005.00** |
| **For the year before that:** | From **01/01/2021** (MM / DD / YYYY) | to **12/31/2021** (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | **$369,930.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ____________
Name

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Quality Enterprises USA, Inc. vs. Prospect Concrete Recycling, Inc**<br>Case number<br>**22-CA-000643** | **Breach of Contract** | **Circuit Court, Collier County Florida**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known)
Name

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Miller, Hollander & Jeda** | **$2,500+$338** | **3/21/23** | **$2,838.00** |

**Address**

**5278 Golden Gate Pkwy, Suite 2**
Street
**Naples, FL 34116**

City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known)
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known)
Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known)
Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Terre Valle**<br>Name<br>**11983 N. Tamiami Trail, Suite 113**<br>Street<br>**Naples, FL 34110**<br>City State ZIP Code | From ____ To ____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Steven Tracy**<br>Name<br>**11983 N. Tamiami Trail, Suite 113**<br>Street<br>**Naples, FL 34110**<br>City State ZIP Code | |

Debtor **Prospect Concrete Recycling, Inc.** Case number (if known) ______
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

**X** **/s/ Steven E. Tracy** Printed name **Steven E. Tracy**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE: **Prospect Concrete Recycling, Inc.** CASE NO

CHAPTER **7**

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

| | |
|---|---|
| **Amount paid:** | $2,500.00 |
| **Amount to be paid:** | |
| **Property transferred to attorney:** | None |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Debtor |

*1.The undersigned is the attorney for the Debtor(s) in this case and hereby enters the appearance of Richard J. Hollander and Melissa H. Jeda, of Miller, Hollander and Jeda, as attorneys for the Debtor(s).*

*2.The total compensation promised the firm of Miller, Hollander and Jeda by the Debtor(s) for the services rendered or to be rendered in connection with this case is $2,500.00, plus a filing fee of $338.00 an additional $350.00 per hour, plus costs, is agreed to be paid for any adversary proceedings, motions or hearings other than the creditor's meeting the only compensation which has been received from the Debtor(s) or any other person on said account is $2,500.00 plus the filing fee of $338.00; and the source of the compensation paid is the Debtor(s).*

*3.The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except as allowed by law.*

Date ____________________________________

**/s/ Richard J. Hollander**

***Richard J. Hollander*** Bar No. **884900**
Miller, Hollander & Jeda
5278 Golden Gate Pkwy
Suite 2
Naples, FL 34116
Phone: (239) 775-2000 / Fax: (239) 775-7953

Quality Enterprises USA, Inc.
c/o Kimberly D. Swanson, Esq.
Cheffy Passidomo, P.A.
821 Fifth Avenue South
Naples, FL 34102

Quality Enterprises USA, Inc.
3494 Shearwater Street
Naples, FL 34117

Quality Enterprises USA, Inc.
attn: Howard J. Murrell, Jr., P
3494 Shearwater Street
Naples, FL 34117